601 A.2d 141

MASS TRANSIT ADMINISTRATION

v.

AMALGAMATED TRANSIT UNION, LOCAL 1300.

No. 88, Sept. Term, 1991.

Court of Appeals of Maryland.

Feb. 12, 1992.

Irwin Brown (Mass Transit Administration, both on brief) Baltimore, for petitioner.

Joel A. Smith (H. Victoria Hedian, Abato, Rubenstein, Abato and Smith, P.A., all on brief) Lutherville, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI, JJ., and CHARLES E. ORTH, Jr., Judge of the Court of Appeals (retired), specially assigned.

ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 12th day of February, 1992

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.